## No. 944.

### E. A. STIRLING VS. HEIRS OF JOHN I. STIRLING.

A judgment against one deceased, and unrepresented in any way, is null.

The same person cannot be plaintiff in one representative capacity, and defendant in another, in the same suit.

APPEAL from the District Court for Ouachita.    PARSONS, J.

*Richardson & McEnery* for Plaintiff Appellant.    *Stubbs, R. Ray,* and *Cobb & Gunby* for Defendants.

MANNING, C. J., delivered the opinion reversing the judgment and remanding the case.

---

## No. 945.

SUCCESSION OF JAMES C. WEEKS.    OPPOSITION TO PROBATE OF WILL.

The heirs of a testator can attack his will by opposition to its probate as well as by a direct action to annul it. ·

APPEAL from the Parish Court of Winn.    MACHEN, J.

*Barksdale* for Opponents.

DE BLANC, J., delivered the opinion reversing the judgment.